IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,                         CV F 04 5534 AWI  WMW  P

  vs.                                  <u>ORDER RE MOTION (DOC 25 )</u>

R. S. ORTIZ, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court is plaintiff's motion filed on December 14, 2004. Plaintiff titled his motion as "motion to enter Federal Rules of Civil Procedure Rule 26 discovery disagreement."   Plaintiff appears to be contesting the responses of defense counsel to certain of his discovery requests.  Plaintiff is advised that any challenges to discovery should include the specific discovery propounded, the objection, and plaintiff's argument why the objection is not valid.   The court will not address generalized grievances regarding discovery.    Plaintiff's motion filed on December 14, 2004, is therefore denied.

1

IT IS SO ORDERED.

**Dated:   August 17, 2005**          **/s/  William M. Wunderlich**
mmkd34                                UNITED STATES MAGISTRATE JUDGE