IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,                          CV F 04 5534 AWI  WMW   P

  vs.                                <u>ORDER RE MOTION (DOC 26 )</u>

R. S. ORTIZ, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court is plaintiff's motion filed on December 20, 2004. Plaintiff's motion is titled as " Motion to enter Federal Rules of Civil Procedure 11(b)(3) 28 U.S.C.A." Rule 26 discovery disagreement."   A review of the motion, however, reveals that plaintiff seeks to discover the business address of defendant Ortiz.  Plaintiff is not proceeding in forma pauperis, and has attempted service upon defendant Ortiz.   The court notes that discovery in this case closed on March 18, 2005.  Because plaintiff's motion was filed before that date, the court will continue discovery for the limited purpose of plaintiff's motion to discover the business address of defendant Ortiz.   The court will grant defendants an opportunity to file opposition, if any, to the motion.   Defendant's opposition, if any, is due thirty days from the date of service of this order.

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  The Clerk's Office shall send to defense counsel a copy of the motion filed on December 20, 2004 (Document 26).

3           2.  Opposition to the motion, if any, is due thirty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:     August 17, 2005**              **/s/  William M. Wunderlich**
mmkd34                                      UNITED STATES MAGISTRATE JUDGE