IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,

vs.

R. S. ORTIZ, et al.,

    Defendants.

CV F 04 5534 AWI  WMW  P

ORDER RE MOTIONS  (DOC 27, 28)

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court are plaintiff's motions for the entry of witness affidavits and for the setting of a pretrial conference.  Until such time as a trial date is set, any such motion is premature.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for the entry of a witness affidavit and for the setting of a pretrial conference are denied.

IT IS SO ORDERED.

**Dated:  August 17, 2005**
mmkd34

      **/s/ William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

1