IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,                                  CV F 04 5534 AWI WMW   P

  vs.                                          <u>ORDER RE MOTION  (DOC29 )</u>

R. S. ORTIZ,  et al.,

    Defendants.

        Plaintiff has filed motion requesting leave to file an amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a), plaintiff may amend his pleading once, so long as a responsive pleading has not been filed.  Plaintiff filed his motion on January 5, 2005. An answer to the complaint was filed on August 10, 2004.   Because defendants have answered, plaintiff may amend his complaint only with leave of court.

        Plaintiff failed to submit a proposed amended complaint with his motion.  Though the motion appears to be in the form of an amended complaint, the court notes that there are no allegations of any conduct by any of the defendants other than defendant Ortiz.  Should the court treat plaintiff's submission as an amended complaint, defendant Ortiz would be the sole remaining defendant in this action.

        Because plaintiff failed to submit a proposed amended complaint, the court will

1  deny the motion. The court will, however, grant plaintiff one further opportunity to file a motion
2  for leave to amend the complaint.[1] The deadline to amend pleadings is extended to September
3  19, 2005.
4         Accordingly, IT IS HEREBY ORDERED that:
5         1. Plaintiff's January 5, 2005, motion for leave to file an amended complaint is
6  denied.
7         2. The deadline to amend pleadings is extended to September 19, 2005.

12 IT IS SO ORDERED.

13 **Dated:   August 18, 2005**          **/s/  William M. Wunderlich**
   mmkd34                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Should the motion be granted, the court will continue the dispositive motion filing deadline in order to allow defendants to renew their motion for summary judgment.

2