IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

       Plaintiff,                      CV F 04 5534 AWI WMW   P

  vs.                                 <u>ORDER RE MOTIONS  (DOC 32, 33 )</u>

R. S. ORTIZ, et al.,

       Defendants.

      Plaintiff has filed motions requesting discovery regarding the service of process upon defendant Ortiz.  Concurrent with this order, the court addresses the issue in a previous motion seeking the same relief.   Plaintiff's subsequent motions are therefore denied as moot.

IT IS SO ORDERED.

**Dated:   August 18, 2005**             **/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE