IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,                           CV F 04 5534 AWI  WMW   P

  vs.                                           <u>ORDER RE MOTION (DOC 26)</u>

R. S. ORTIZ, et al.,

    Defendants.

       Plaintiff has filed a discovery motion requesting the business address of defendant Ortiz.  Defendants have filed a response to the request.  Defendants have provided the business address of defendant Ortiz.  Plaintiff's motion is therefore denied as moot.

IT IS SO ORDERED.

**Dated:   September 21, 2005**            /s/  William M. Wunderlich
j14hj0                                     UNITED STATES MAGISTRATE JUDGE

1