IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

     Plaintiff,                                  CV F 04 5534 AWI WMW P

   vs.                                          <u>ORDER</u>

R. S. ORTIZ, et al.,

     Defendants.

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Pending before the court is the amended complaint lodged with the court on September 13, 2005. The deadline to amend pleadings in this was was March 18, 2005. Plaintiff was advised of this date in the August 31, 2004, scheduling order. The amended complaint lodged with the court on September 13, 2005, is therefore disregarded.

IT IS SO ORDERED.

**Dated:   September 22, 2005**                /s/ **William M. Wunderlich**
mmkd34                                          UNITED STATES MAGISTRATE JUDGE